EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                | 2016 TSPR 235 |
|-----------------------|---------------|
| Leida Pagán Torres    | 196 DPR ____  |

Número del Caso: TS-10,971
                 CP-2013-16


Fecha: 22 de noviembre de 2016


Abogada de la Peticionaria:

        Por derecho propio



Materia: Reinstalación al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:                                 TS-10,971
                                  Núm. CP-2013-0016
Leida Pagán Torres


RESOLUCIÓN


En San Juan, Puerto Rico, a 22 de noviembre de 2016.

Examinada la *Urgente y Respetuosa Moción Reiterando solicitud de Reinstalación y en Cumplimiento de Orden*, presentada por la parte promovida, se reinstala a la abogada Leida Pagán Torres al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la abogada Pagán Torres actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo